UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ROSA MENDEZ DE PINO, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

          Plaintiff,

v.

I-PACK EXPRESS CORP.
    d/b/a I-PACK EXPRESS,
ILAN HAZAN, and
PASKAL HAZAN,
          Defendants.

Case No.: 2:24-cv-01573

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff ROSA MENDEZ DE PINO hereby accepts and provides notice that she has accepted Defendants' Offer of Judgment dated April 10, 2025, and annexed hereto as **Exhibit A**.

Dated: April 10, 2025

                              Respectfully submitted,

By: _____
      C.K. Lee, Esq. (CL 4086)
      LEE LITIGATION GROUP, PLLC
      148 West 24th Street, 8th Floor
      New York, NY 10011
      Tel.: (212) 465-1188
      Fax: (212) 465-1181
      *Attorney for Plaintiff, FLSA Collective Plaintiffs and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2025, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Steven A. Weg, Esq.
KOFFSKY SCHWALB LLC
500 Seventh Avenue, 8th Floor
New York, NY 10018
646-553-1590
sweg@koffskyschwalb.com
*Attorney for Defendants*



By: _____
        C.K. Lee, Esq.