UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROSE MENDEZ DE PINO, on behalf herself, FLSA
Collective Plaintiffs and the Class,

                      Plaintiff,

     - against -                            **JUDGMENT**
                                                      CV 24-1573 (JMA) (ST)

I-PACK EXPRESS CORP., d/b/a I-PACK EXPRESS,
ILAN HAZAN and PASKAL HAZAN,

                      Defendants.
------------------------------------------------------------X

A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on April 10, 2025, accepting Defendants' April 10, 2025 offer to allow judgment against them in the amount of $30,000.00, inclusive of attorney's fees, costs and expenses incurred by Plaintiff to resolve all of Plaintiff's individual claims against Defendants, it is

**ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiff Rose Mendez De Pino against Defendants I-Pack Express, Corp., Ilan Hazan, and Paskal Hazan in the amount of $30,000.00, inclusive of attorney's fees, costs and expenses incurred by Plaintiff to resolve all of Plaintiff's individual claims against Defendants; and that this case is closed.

Dated: April 14, 2025
        Central Islip, New York

                                                  BRENNA B. MAHONEY
                                                  CLERK OF COURT

                                  By:    /s/ James J. Toritto
                                                Deputy Clerk